Lloyds Holding Corporation, Appellant, v. Jane David Holding Cor-

PORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.